UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT LEONARD JR., MD,<br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF<br>AMERICA c/o UNUM GROUP,<br>    Defendant. | CIVIL ACTION NO. 1:23-CV-00239-WES-LDA |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

| ROBERT LEONARD JR., MD | UNUM LIFE INSURANCE COMPANY OF AMERICA c/o UNUM GROUP |
|---|---|
| By his attorney, | By its attorney, |
| /s/ Steven D. DiLibero<br>Steven D. DiLibero, Esq.<br>Steven D. DiLibero & Associates<br>130 Dorrance Street<br>Providence, RI 02903<br>Phone: (401) 621-9700<br>Email: sdilibero@diliberoandassociates.com | /s/ J. Christopher Collins<br>Joan O. Vorster, Esq., RI Bar No. 5784<br>J. Christopher Collins, Esq., *Pro Hac Vice*<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street, Suite 1700<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502<br>jvorster@mirickoconnell.com<br>ccollins@mirickoconnell.com |

Dated: August 20, 2024

<u>CERTIFICATE OF SERVICE</u>

      I, J. Christopher Collins, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2024.

      /s/ J. Christopher Collins
      J. Christopher Collins, Esq.